## STATE OF CONNECTICUT *v.* MALIK NELSON
### (AC 16838)

O'Connell, C. J., and Spear and Dupont, Js.

Argued December 9, 1998—officially released February 9, 1999

*Richard E. Condon, Jr.,* deputy assistant public defender, for the appellant (defendant).

*Margaret Gaffney Radionovas,* assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *James R. Dinnan,* assistant state's attorney, for the appellee (state).

*Opinion*

PER CURIAM. The defendant appeals from his conviction, following a jury trial, of manslaughter in the first degree[1] and carrying a pistol without a permit.[2] The sole issue claimed on appeal is that the trial court improperly instructed the jury that "reasonable doubt" is not a doubt suggested by the "ingenuity of counsel."

The defendant relies on *State* v. *Taylor,* 239 Conn. 481, 504, 687 A.2d 489 (1996), cert. denied, 521 U.S. 1121, 117 S. Ct. 2515, 138 L. Ed. 2d 1017 (1997), in

[1] General Statutes § 53a-55 (a) (1).
[2] General Statutes § 29-35 (a).

which our Supreme Court, acting under its supervisory powers, urged trial courts to avoid further use of the "ingenuity of counsel" instruction. After we heard oral argument in the present case, the Supreme Court decided *State* v. *Edwards*, 247 Conn. 318, 721 A.2d 519 (1998), in which it held that the admonition in *Taylor* was not applicable where the trial court had instructed the jury prior to the date of the *Taylor* decision. The trial in the present case took place in September, 1996, and *Taylor* was not decided until December, 1996. *Edwards*, therefore, is controlling.

The judgment is affirmed.